Motion granted so far as to extend appellants' time to file their points on appeal to and including June 25, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of JAMES A. TILLMAN, etc. BORRIS M. KOMAR, Appellant.— Motion granted. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARTHA S. MEDARIS v. J. CANBY MORGAN.— Motion granted and appellant's time to serve and file the record on appeal and appellant's points extended to and including October 6, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JESSE FROEHLICH v. GEORGE McDONALD.— Motion to dismiss appeal denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARTHA BRADIE v. HERBERT DAVIS, Impleaded, etc.— Motion denied. Order on motion to extend time and serve complaint resettled. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK CRISAFI.— Motion granted so far as to extend defendant's time to file the record on appeal and appellant's points to and including July 15, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BESSIE FALLICK and Others v. AMALGAMATED BANK OF NEW YORK, Impleaded, etc., and PUBLIC NATIONAL BANK AND TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

LOUIS H. ROSENKRANTZ v. EVERY GIRL DRESS CO., INC., and Others.— Motion denied and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRANK CAVALLARO, Respondent, v. POST & McCORD, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HARLEM CHURCH OF THE SEVENTH DAY ADVENTISTS, Appellant, v. THE GREATER NEW YORK CORPORATION OF SEVENTH DAY ADVENTISTS and GREATER NEW YORK CONFERENCE OF SEVENTH DAY ADVENTISTS, Respondents.— Orders reversed, with ten dollars costs and disbursements, and motion granted. A reasonable time should be allowed for the settlement of interrogatories and cross-interrogatories; the trial of the action should be stayed until the return of the commission. Settle order on notice fixing time for return. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE BANK OF UNITED STATES, Respondent, Appellant, v. BROADWAY BLOCK CORPORATION, Appellant, Respondent, Impleaded with Others.— Order so far as appealed from modified by striking out the last paragraph thereof, and as so modified affirmed, with ten dollars costs and disbursements to the plaintiff, respondent. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of GEORGIANA GREENLEE v. WILLIAM HENDRICKS.— Motion to dismiss appeal granted unless appellant procure the record on appeal and appellant's points to be filed on or before May 23, 1931, with notice of argument for June 6, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.